No. 93–9713.  SMITH v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 93–9715.  WINDOM v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 93–9716.  MINIER-CONTRERAS v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 93–9717.  MULDROW v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 93–9718.  HARSHEFI ET AL. v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 93–9719.  FRANK v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 93–9721.  HUNT v. CALIFORNIA (two cases).  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 93–9723.  ALLEN v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 93–9724.  BROWN v. SNOW ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 93–9725.  SIMPSON v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 93–9726.  TUCKER v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 93–9727.  BROWN v. SNOW ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 93–9728.  WHALEN v. NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 93–9730.  VERNON v. ROSEMEYER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GREENSBURG, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 93–9731.  CANAPE v. NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 93–9732.  BOWLING v. KENTUCKY.  Sup. Ct. Ky.  Certiorari denied.